# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

In re: 18 U.S.C. § 2703(d) Order Involving Subscriber Records of American Muckrakers/david@americanmuckrakers.com

Misc. Case No.: 1:23-sc-02646-GRJ *SEALED*

Case: 1:25-mc-00152
Assigned To : Boasberg, James E.
Assign. Date : 10/14/2025
Description: Misc

## MOTION TO UNSEAL AND FOR DISCLOSURE OF RECORDS

**COMES NOW** David B. Wheeler, appearing *pro se*, and respectfully moves this Court to unseal and provide access to the sealed materials related to the above-captioned § 2703(d) Order.

**Grounds for the Motion**

1. On or about December 2023, this Court entered an order, identified as Exhibit 1 to this Motion, under 18 U.S.C. § 2703(d) directing Google LLC to disclose records associated with Movant's hosted Gmail account.

2. Upon information and belief, the Court also entered a non-disclosure order pursuant to 18 U.S.C. § 2705(b) temporarily prohibiting Google from notifying Movant.

3. That non-disclosure period has now expired, and Google provided Movant with notice of the existence of the § 2703(d) Order but was not been provided with the underlying application, supporting affidavit(s), or related docket materials.

4. Movant has a direct interest as the subscriber whose records were obtained.

5. Continued sealing is not justified, and disclosure is necessary to allow Movant to understand the basis upon which the Order was entered and to protect rights under the First and Fifth Amendments to the U.S. Constitution.



RECEIVED
OCT 14 2025
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

6. Federal courts have recognized that sealed surveillance materials may be unsealed once the need for secrecy has expired. See *In re Application of the United States for an Order Pursuant to 18 U.S.C. Section 2703(d)*, 707 F.3d 283 (4th Cir. 2013).

**Relief Requested**

WHEREFORE, Movant respectfully requests that the Court:

1. Unseal the application, affidavit(s), and all related filings associated with the December 2023 § 2703(d) Order;

2. Direct the Clerk to provide Movant with copies of these documents, redacted as necessary; and

3. Grant such other and further relief as this Court deems just and proper.


Respectfully submitted this 26th day of August, 2025.

*[signature: D B. Wh]*

David B. Wheeler (*pro se*)
237 Rock Ledge Rd
Spruce Pine, NC 28777
(312) 213-6001
david@americanmuckrakers.com