## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion has been served this 26th day of August, 2025, by U.S. Mail, first-class postage prepaid, upon:

**United States Attorney's Office**

District of Columbia

555 Fourth Street NW

Washington, DC 20530

David B. Wheeler