August 26, 2025



RECEIVED
Mailroom
SEP — 2025
Angela D. Caesar, Clerk of Clerk
U.S. District Court, District of Columbia

RECEIVED
Mailroom
OCT 14 2025
Angela D. Caesar, Clerk of Clerk
U.S. District Court, District of Columbia

Clerk of Court
U.S. District Court for the District of Columbia
333 Constitution Ave NW, Room 1225
Washington, DC 20001

Re: Motion to Unseal – In re: 18 U.S.C. § 2703(d) Order

**Misc. Case No.: 1:23-sc-02646-GRJ**

Dear Clerk of Court:

Enclosed for filing please find my Motion to Unseal and for Disclosure of Records in the above-referenced matter. I am appearing *pro se* from North Carolina.

I respectfully request that this Motion be filed on the docket under the appropriate sealed miscellaneous case number associated with the § 2703(d) Order entered in December 2023 and signed by Magistrate Judge Gary R. Jones.

Please date-stamp the enclosed copy of the Motion and return it to me in the enclosed self-addressed stamped envelope for my records. Please also advise me on when this matter can be heard.

Thank you for your assistance.

Respectfully,

David B. Wheeler (*pro se*)

Cc: US Attorney's Office, District of Columbia, 555 Fourth St, NW, Washington, DC 20530