# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

## MISC. CASE NO.: 1:25-MC-00152-JEB

|  |  |  |
|---|---|---|
| _____ | ) | |
| **IN RE 18 U.S.C. § 2703(d) ORDER** | ) | |
| | ) | |
| **INVOLVING SUBSCRIBER** | ) | Assigned To: Chief Judge James E. Boasberg |
| | ) | |
| **RECORDS OF AMERICAN** | ) | |
| | ) | Description: Civil Miscellaneous |
| **MUCKRAKERS** | ) | Case |
| _____ | ) | |

## MOTION TO COMPEL GOVERNMENT COMPLIANCE WITH

## OCTOBER 20, 2025 MINUTE ORDER

1. COMES NOW Movant David B. Wheeler, appearing pro se, and respectfully moves this Court to Compel the Government to comply with the Court's Minute Order dated October 20, 2025, which required the Government to respond to Movant's Application within 28 days after the restoration of appropriations.

## Background

2. On October 20, 2025, this Court ordered:

   *"The Government shall respond to the Application within 28 days after the restoration of appropriations."*

3. Federal appropriations were restored on November 12, 2025, making the Government's response due on December 10, 2025.

1



RECEIVED

DEC 11 2025

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

4. As of the filing of this Motion, the Government has not filed a response, has not sought an extension, and has provided no communication to the Court or Moveant regarding its non-compliance.

## Grounds for the Motion

5. On or about December 2023, this Court entered an order, under 18 U.S.C. § 2703(d), directing Google LLC to disclose records associated with Movant's hosted Gmail account.

6. Upon information and belief, the Court also entered a non-disclosure order pursuant to 18 U.S.C. § 2705(b) temporarily prohibiting Google from notifying Movant.

7. That non-disclosure period has now expired, and Google provided Movant with notice of the existence of the § 2703(d) Order but was not been provided with the underlying application, supporting affidavit(s), or related docket materials.

8. Movant has a direct interest as the subscriber whose records were obtained.

9. Continued sealing is not justified, and disclosure is necessary to allow Movant to understand the basis upon which the Order was entered and to protect rights under the First and Fifth Amendments to the U.S. Constitution.

10. Federal courts have recognized that sealed surveillance materials may be unsealed once the need for secrecy has expired. See In re Application of the United States for an Order Pursuant to 18 U.S.C. Section 2703(d), 707 F.3d 283 (4th Cir. 2013).

## Relief Requested

WHEREFORE, Movant respectfully requests that the Court:

2

11. Unseal the application, affidavit(s), and all related filings associated with the December 2023 § 2703(d) Order;

12. Direct the Clerk to provide Movant with copies of these documents, redacted as necessary; and

13. Grant such other and further relief as this Court deems just and proper.

Respectfully Submitted,

DAVID B. WHEELER (pro se)
237 Rock Ledge Rd
Spruce Pine, NC 28777
(312) 213-6001
david@americanmuckrakers.com

## **CERTIFICATE OF SERVICE**

**I hereby certify** that a copy of the foregoing Motion has been served this 11th day of December 2025, prepaid envelope via USPS:

United States Attorney's Office

District of Columbia

555 Fourth Street NW

Washington, DC 20530

DAVID B. WHEELER (pro se)
237 Rock Ledge Rd
Spruce Pine, NC 28777
(312) 213-6001
david@americanmuckrakers.com

4