UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA


MISC. CASE NO.: 1:25-MC-00152-JEB

| | |
|---|---|
| IN RE 18 U.S.C. § 2703(d) ORDER ) | |
| ) | |
| INVOLVING SUBSCRIBER ) | Assigned To: Chief Judge James E. Boasberg |
| ) | |
| RECORDS OF AMERICAN ) | |
| ) | Description: Civil Miscellaneous |
| MUCKRAKERS ) | Case |

**MOVANT'S NOTICE OF RESPONDENT'S UNTIMELY AND NON-RESPONSIVE FILING AND REQUEST TO STRIKE AND ORDER COMPLIANCE**

Movant submits this Notice to apprise the Court of Respondent United States Department of Justice's failure to comply with the Court's Minute Order directing a response, and to address the untimeliness and substantive deficiencies of Respondent's filing, including Respondent's improper conflation of two separate and unrelated matters.

1. On October 20, 2025, the Court entered a Minute Order directing Respondent to file a response within twenty-eight (28) days of the conclusion of the federal government shutdown.

2. The federal government shutdown concluded on November 12, 2025, upon enactment of the funding legislation. Accordingly, Respondent's court-ordered deadline to respond expired on December 10, 2025.

1

RECEIVED

JAN 30 2026

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

3. Respondent did not seek or obtain an extension of time from the Court and did not otherwise request leave to delay its response.

4. Respondent did not file its response until January 22, 2026, more than forty (40) days after the Court-ordered deadline.

5. Respondent's filing does not acknowledge its untimeliness, does not explain the delay, and does not seek leave of Court for the late submission.

6. More fundamentally, Respondent's filing fails to comply with the Court's directive in substance. Rather than responding to the relief sought in this matter, Respondent's submission improperly conflates this case with a separate and unrelated proceeding, addressing procedural postures, parties, and issues not presented by Movant and not specified in the Court's Minute Order.

7. Respondent's combination of two unrelated cases into a single response reflects a basic failure of professional competence in complying with the Court's order, as the filing does not meaningfully address the discrete issues on which the Court ordered briefing in this action.

8. As a result, Respondent has neither timely complied with the Court's directive nor provided a response that is responsive to the matters before the Court.

9. In light of Respondent's untimely and non-responsive filing:

    a. Movant respectfully requests that the Court strike or disregard Respondent's January 22, 2026 filing and;

    b. Order Respondent to file a complaint response within five (5) days of the Court's order or

    c. Order immediate release of the subject documents.

Movant submits this Notice to preserve the record and respectfully requests the relief set forth above, or such other relief as the Court deems appropriate.

Respectfully Submitted,

DAVID B. WHEELER (pro se)

237 Rock Ledge Rd

Spruce Pine, NC 28777

(312) 213-6001

david@americanmuckrakers.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Motion has been served this 30th day of January 2026 via email (william.thanhauser@usdoj.gov):

:

WILLIAM THANHAUSER, D.C. Bar #1737034

Assistant United States Attorney

601 D Street, NW

Washington, DC 20530

DAVID B. WHEELER (pro se)
237 Rock Ledge Rd
Spruce Pine, NC 28777
(312) 213-6001
david@americanmuckrakers.com

4