UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE 18 U.S.C. § 2703(d) ORDER

INVOLVING SUBSCRIBER RECORDS OF       Civil Action No. 1:25-mc-0152-JEB

AMERICAN MUCKRAKERS

**MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE APPLICATION**

Pursuant to Federal Rule of Civil Procedure 6(b), the United States of America ("Respondent") respectfully moves, by and through undersigned counsel, for a 21-day extension of the deadline to respond to Petitioner's Application to Unseal and Disclose Records, ECF No. 1. Respondent's response is currently due March 2, 2026.  If the Court grants Respondent's motion, the response will be due March 23, 2026.  Respondent has conferred with the Petitioner, and Petitioner stated he opposes a motion to extend of any duration.  Good cause nonetheless supports this motion, as set forth below:

1.      On October 14, 2025, Petitioner initiated this action, applying for the unsealing and disclosing of certain materials sealed in another matter, 1:23-sc-02646-GRJ.  *See* ECF No. 1.  On October 20, 2025, the Court issued a Minute Order directing the United States to respond to the application within 28 days after the restoration of appropriations.  *See* Minute Order (Oct. 20, 2025).  Appropriations were restored effective November 12, 2025.  On December 11, 2025, Petitioner filed a Motion to Compel Government Compliance with the Court's October 20, 2025 Minute Order. *See* ECF No. 2.

2.      Because service was never effectuated on Respondent,[1] Respondent did not become aware of this matter until after Petitioner filed its Motion to Compel.  Subsequently, Respondent learned of this matter and, on January 22, 2026, filed a response.  *See* ECF No. 4.  That response and another later filing by Respondent, *see* ECF No. 7, incorrectly characterized Petitioner's Application as a complaint alleging violations of the Freedom of Information Act, 5 U.S.C. § 552.  This error was due, in part, to service of the Application never being effectuated on Respondent.[2]

3.      On February 24, 2026, the Court held a status conference in this matter.  During that conference, the Court notified Respondent of the aforementioned error, struck Respondent's filings making that error, and instructed Respondent to respond to the Application by March 2, 2026.  *See* Minute Order (Feb. 24, 2026) (striking ECF Nos. 4 and 7).

4.      Respondent respectfully requests an additional 21 days to respond to the Application, which would bring the deadline to March 23, 2026.  No previous extensions have been sought in this matter by either party, although Respondent recognizes that the undersigned's earlier incorrect filings have delayed proceedings.

5.      Good cause exists for this extension.  Immediately after the Court issued its Minute Order (Feb. 24, 2026), the undersigned began working to identify the attorney of record in the

---

[1]      Under Federal Rule of Civil Procedure 4(i), to serve the United States, a party must, among other things, either (i) delivery a copy of the relevant filing "to the United States attorney for the district where the action is brought—or to an assistant United States attorney or clerical employee whom the United States attorney designates in a writing filed with the court clerk"; or (ii) send a copy "by registered or certified mail to the civil-process clerk at the United States attorney's office."  Here, the Petitioner did neither—rather, he sent a copy of the Application "by U.S. Mail, first-class postage prepaid."  ECF No. 1-1.

[2]      Another source of this error was an inconsistency between the docket for this action as it appears on PACER, and the docket for this action as it appears on CourtLink.  The undersigned primarily relied on the latter, which included—and still includes—an entirely different document under ECF No. 1 for this action.

matter for which Petitioner seeks unsealing and disclosing of materials. With the Court's assistance, the undersigned has done so. However, that attorney requires additional time to review the application, discuss with others in her office, and formulate a response. Respondent anticipates that these actions can be completed by March 23, 2026.

6.      In its Minute Order (Feb. 24, 2026), the Court instructed Petitioner to reply to Respondent's response by March 9, 2026. Accordingly, should the Court grant Respondent's motion and extend Respondent's response deadline, Respondent requests that the Court extend Petitioner's reply deadline by an identical duration.

7.      Pursuant to Local Civil Rule 7(m), the parties conferred regarding the requested extension of time, and Petitioner opposes Respondent's request.

Dated: February 27, 2026                      Respectfully submitted,


                                      _____
                                      */s/ William Thanhauser*
                                      WILLIAM THANHAUSER, D.C. Bar #1737034
                                      Assistant United States Attorney
                                      601 D Street, N.W.
                                      Washington, D.C. 20530
                                      Tel: (202) 252-7706
                                      Email: william.thanhauser@usdoj.gov

                                      *Attorney for the United States of America*