# EXHIBITS A1 & A2

# Exhibit A-1

## **CERTIFICATE OF SERVICE**

**I hereby certify** that a copy of the foregoing Motion has been served this 11th day of December 2025, prepaid envelope via USPS:

United States Attorney's Office

District of Columbia

555 Fourth Street NW

Washington, DC 20530

DAVID B. WHEELER (pro se)
237 Rock Ledge Rd
Spruce Pine, NC 28777
(312) 213-6001
david@americanmuckrakers.com

4

**Exhibit A-2**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion has been served this 26th day of August, 2025, by U.S. Mail, first-class postage prepaid, upon:

**United States Attorney's Office**

District of Columbia

555 Fourth Street NW

Washington, DC 20530

David B. Wheeler

# EXHIBITS B1-B2

# Exhibit B-1



# Exhibit B-2

| | | | |
|---|---|---|---|
| ☐ ☆ ⅀ | ⬛⬛⬛ | | |
| ☐ ☆ ⅀ | ⬛⬛⬛ | | |
| ☐ ☆ ➤ | Mail Delivery Subsy. | Inbox Delivery Status Notification (Failure) - Address not found Your message wasn't delivered to Thomas.Martin5@usdoj.gov because the address couldn't be found, or is u… | 10/15/25 |
| ☐ ☆ ⅀ | me | Re: [EXTERNAL] Fwd: [7-9573000039312] Notification From Google - Thank you. I've filed a motion to unseal and have been in touch with the judge's clerk, Mary Radel and c… 🖼 image001.png | 10/15/25 |
| ☐ ☆ ➤ ↩ | Bentley, J (USADC) | Inbox RE: [EXTERNAL] Fwd: [7-9573000039312] Notification From Google - Good afternoon, Mr. Wheeler, This email, along with your initial email has been forwarded to appr… 🖼 image001.png | 10/15/25 |
| ☐ ☆ ⅀ | me | Re: [EXTERNAL] Fwd: [7-9573000039312] Notification From Google - Ms. Bentley – I have not received a response. With whom should I follow up? David B. Wheeler - America… 🖼 image001.png | 10/15/25 |
| ☐ ☆ ⅀ ↗ | me | ⬛⬛⬛ | |
| ☐ ☆ ⅀ ↗ | me | Re: [7-9573000039312] Notification From Google - Mr. Martin, Mr. Crabb and Ms. Bentley – I'm following up on my email below pro-se. I still have not heard from anyone abou… | 9/16/25 |
| ☐ ☆ ⅀ | me | Re: [EXTERNAL] Fwd: [7-9573000039312] Notification From Google - Again, thanks for your help. Much appreciated. David B. Wheeler, President American Muckrakers PAC, I… 🖼 image001.png | 8/28/25 |
| ☐ ☆ ➤ ↩ | Bentley, J (USADC) | Inbox RE: [EXTERNAL] Fwd: [7-9573000039312] Notification From Google - Good morning, Mr. Wheeler, This is to acknowledge receipt of your email. I have forwarded your … 🖼 image001.png | 8/28/25 |
| ☐ ☆ ⅀ | me | 1-25-mc-00152_JEB_Reply_in_Support.pdf - Intake Team – Please find attached for filing in Case No. 1:25-mc-00152-JEB, In re 18 USC § 2703(d) Order Involving Subscriber … 📄 1-25-mc-00152… | Feb 12 |
| ☐ ☆ ⅀ | me | 1:25-mc-152-JEB; IN RE 18 U.S.C. § 2703(d) ORDER INVOLVING SUBSCRIBER RECORDS OF AMERICAN MUCKRAKERS - Attached is a Notice in the above referenced matter fo… 📄 MOVANTS NOTI… | Jan 30 |
| | ⬛⬛⬛ | | Jan 12 |
| ☐ ☆ ➤ | Hornok, Jonathan R. | Inbox Automatic reply: [EXTERNAL] IN RE 18 U.S.C. 2703(d) ORDER INVOLVING SUBSCRIBER RECORDS OF AMERICAN MUCKRAKERS - I am out of the office until Monday, Ja… | 12/29/25 |
| ☐ ☆ ⅀ | me | IN RE 18 U.S.C. 2703(d) ORDER INVOLVING SUBSCRIBER RECORDS OF AMERICAN MUCKRAKERS - Ms. Bently & Mr. Hornok & Mr. Maisel – Ms. Bentley and I had a telephone di… | 12/29/25 |

# Exhibit C-1

David Wheeler <david@americanmuckrakers.com>

---

## IN RE 18 U.S.C. 2703(d) ORDER INVOLVING SUBSCRIBER RECORDS OF AMERICAN MUCKRAKERS

1 message

---

**David B. Wheeler (American Muckrakers)** <david@americanmuckrakers.com>    Mon, Dec 29, 2025 at 5:40 PM
To: Janean.Bentley@usdoj.gov, jonathan.hornok@usdoj.gov, gregg.maisel@usdoj.gov
Cc: USAO-DC.Criminal@usdoj.gov

Ms. Bently & Mr. Hornok & Mr. Maisel - Ms. Bentley and I had a telephone discussion in August of this year regarding the matter cited below. Is this case with the criminal division?  If yes, will the government be responding to the Judge's minute order posted in the record? If not, what division was this matter assigned?

U.S. District Court
District of Columbia (Washington, DC)
CASE #: 1:25-mc-00152-JEB
IN RE 18 U.S.C. 2703(d) ORDER INVOLVING SUBSCRIBER RECORDS OF AMERICAN MUCKRAKERS
Assigned to: Chief Judge James E. Boasberg
Cause: Civil Miscellaneous Case

DBW

**David B. Wheeler - American Muckrakers**
**+1 312 213 6001**

 

 

# Exhibit C-2
David B. Wheeler <david@wheelernc.com>

---

## Fwd: [7-9573000039312] Notification From Google
1 message

---

**David B. Wheeler (American Muckrakers)** <david@americanmuckrakers.com>                    Thu, Aug 28, 2025 at 10:41 AM
To: David Wheeler <david@wheelernc.com>

David B. Wheeler, President
American Muckrakers
+1 312 213 6001
AmericanMuckrakers.com
X & BSky: @AmericanMuck
Bio



---------- Forwarded message ---------
From: **David B. Wheeler (American Muckrakers)** <david@americanmuckrakers.com>
Date: Thu, Aug 28, 2025 at 10:41 AM
Subject: Fwd: [7-9573000039312] Notification From Google
To: <Thomas.Martin5@usdoj.gov>, <John.D.Crabb@usdoj.gov>, <Janean.Bentley@usdoj.gov>

Ms. Bentley, Mr. Martin and Mr. Crabb - I realize y'all have your plates full these days but I'm the subscriber whose records were obtained through the 2703(d) request that originated in the DC US Attorney's office and outlined in the attached Order.  Can y'all provide some context or direct me to whomever requested these documents?

David B. Wheeler, President
American Muckrakers
+1 312 213 6001
AmericanMuckrakers.com
X & BSky: @AmericanMuck
Bio



---------- Forwarded message ---------
From: **David B. Wheeler (American Muckrakers)** <david@americanmuckrakers.com>
Date: Wed, Aug 27, 2025 at 11:44 AM
Subject: Fwd: [7-9573000039312] Notification From Google
To: <Janean.Bentley@usdoj.gov>

J - Greetings.  Thanks for taking my call yesterday.  I have not heard from anyone in the US Attorney's office in DC, regarding the matter outlined below and in the attached Order.  Can you shed any light on this or provide the name and contact information for someone that can?

DBW

**David B. Wheeler, President**
**American Muckrakers**
**+1 312 213 6001**
**AmericanMuckrakers.com**
**X & BSky: @AmericanMuck**
**Bio**



---------- Forwarded message ---------
From: <usernotice@google.com>
Date: Tue, Jul 15, 2025 at 1:17 PM
Subject: [7-9573000039312] Notification From Google
To: <usernotice-noreply@google.com>



Hello,

You are receiving this email because you are listed as an administrator of the Google Workspace domain americanmuckrakers.com. Google received and responded to a legal process issued by the United States District Court District of Columbia compelling the release of information for that Google Workspace domain.  A court order previously prohibited Google from notifying you of the legal process. We are now permitted to disclose the receipt and provide the attached copy of the legal process to you.

For more information about how Google handles legal processes, please see https://policies.google.com/terms/information-requests or view our transparency report at https://transparencyreport.google.com/user-data/overview.

Please reply directly to this email in any further communications regarding this matter. Any communications not sent as a direct reply to this email must contain the subject line "Attention Google Legal Investigations Support," reference the case identification number, and be sent to usernotice@google.com in order to ensure the appropriate routing and processing.

Google is not in a position to provide you with legal advice or discuss the substance of the legal process. If you have such questions regarding this matter, you may wish to contact an attorney. We require an emailed statement sent from your account authorizing us to communicate with your attorney about the Google Workspace domain for which you are listed as an administrator.

Regards,
Legal Investigations Support
Google LLC

---

 **2703(d) Order.pdf**
1322K