UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE 18 U.S.C. § 2703(d) ORDER

INVOLVING SUBSCRIBER RECORDS OF          Civil Action No. 1:25-mc-0152-JEB

AMERICAN MUCKRAKERS

## GOVERNMENT'S OPPOSITION TO MOTION TO UNSEAL AND FOR DISCLOSURE OF RECORDS

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this opposition to Petitioner's Application to Unseal and Disclose Records, ECF No. 1.

The 18 U.S.C. § 2703(d) Order at issue in Petitioner's application is part of a criminal investigation that remains open.  Accordingly, the government is not in a position to currently unseal and disclose records as requested by Petitioner.  The government, however, will produce the requested materials in accordance with its obligations under *In re Leopold*, 13-mc-00712, and D.C. District Court Standing Order 22-05 as soon as the investigation is closed.

Dated: March 12, 2026                    Respectfully submitted,


                                         */s/ William Thanhauser*
                                         WILLIAM THANHAUSER, D.C. Bar #1737034
                                         Assistant United States Attorney
                                         601 D Street, N.W.
                                         Washington, D.C. 20530
                                         Tel: (202) 252-7706
                                         Email: william.thanhauser@usdoj.gov

                                         *Attorney for the United States of America*